IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HENRY JOHN SOWERS,

      Appellant,

 v.

                              Case No. 5D22-2233
                              LT Case No. 2016-304945-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

3.850 Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Henry John Sowers, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.